```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 11404
   CORNEL HUNTER
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0968


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/06/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 10/22/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG          .00            .00             .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE          .00            .00             .00
CITY OF CHICAGO WATER DE  SECURED             900.00            .00          187.50
COOK COUNTY TREASURER     SECURED            2769.88            .00          238.80
HSBC AUTO FINANCE         SECURED VEHIC    21750.00             .00         1812.50
HSBC AUTO FINANCE         UNSECURED          9001.56            .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED          2016.62            .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY           4045.14            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED          5806.95            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           3903.17            .00             .00
AARON SALES & LEASE OWNE  UNSECURED         NOT FILED           .00             .00
ACS/CLC COLLEGE LOAN COR  UNSECURED         NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED         21518.25            .00             .00
TCF FINANCIAL SERVICES    UNSECURED         NOT FILED           .00             .00
T MOBILE                  UNSECURED         NOT FILED           .00             .00
ASSURANCEMTG              UNSECURED         NOT FILED           .00             .00
BALLY TOTAL FITNESS       UNSECURED         NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED         NOT FILED           .00             .00
CAPITAL ONE AUTO FINANCE  UNSECURED         NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED          3068.00            .00             .00
US CELLULAR               UNSECURED         NOT FILED           .00             .00
COLLECTION PROFESSIONALS  UNSECURED         NOT FILED           .00             .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED           .00             .00
CREDIT PROTECTION ASSOC   UNSECURED         NOT FILED           .00             .00
DS WATERS OF NORTH AMERI  UNSECURED         NOT FILED           .00             .00
COLLEGE LOAN CORP         UNSECURED         NOT FILED           .00             .00
COLLEGE LOAN CORP         UNSECURED         NOT FILED           .00             .00
ECMC                      UNSECURED         10924.45            .00             .00
EDUCATIONAL CREDIT MGMT   UNSECURED         NOT FILED           .00             .00
FIRST CONSUMERS NB MASTE  UNSECURED         NOT FILED           .00             .00
FREEMONT INVESTMENT & LO  UNSECURED         NOT FILED           .00             .00
GE MONEY BANK             UNSECURED          2721.13            .00             .00
PEOPLES GAS               UNSECURED         NOT FILED           .00             .00
HSBC                      UNSECURED         NOT FILED           .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11404 CORNEL HUNTER
```

```
HSBC                       UNSECURED       NOT FILED            .00          .00
HSBC                       UNSECURED       NOT FILED            .00          .00
HSBC BANK                  UNSECURED       NOT FILED            .00          .00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00          .00
LITTON LOAN SERVICING      UNSECURED       NOT FILED            .00          .00
EMERGENCY ROOM PHYSICIAN   UNSECURED       NOT FILED            .00          .00
BUTLER CHIROPRACTIC        UNSECURED       NOT FILED            .00          .00
EMERGENCY ROOM PHYSICIAN   UNSECURED       NOT FILED            .00          .00
EMERGENCY ROOM PHYSICIAN   UNSECURED       NOT FILED            .00          .00
EMERGENCY ROOM PHYSICIAN   UNSECURED       NOT FILED            .00          .00
ILLINOIS MASONIC MEDICAL   UNSECURED       NOT FILED            .00          .00
RUSH UNIVERSITY MEDICAL    UNSECURED       NOT FILED            .00          .00
1 INTERNET IN              UNSECURED       NOT FILED            .00          .00
1 INTERNET IN              UNSECURED       NOT FILED            .00          .00
NORDSTROM                  UNSECURED       NOT FILED            .00          .00
NOVASTAR MORTGAGE          UNSECURED       NOT FILED            .00          .00
OPEX COMMUNICATIONS        UNSECURED       NOT FILED            .00          .00
PATHOLOGY ASSOCIATES OF    UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00          .00
PERFORMANCE CAPITAL MANA   UNSECURED         1507.85            .00          .00
SHOP AT HOME               UNSECURED       NOT FILED            .00          .00
T MOBILE                   UNSECURED       NOT FILED            .00          .00
TCF BANK                   UNSECURED       NOT FILED            .00          .00
TCF                        UNSECURED       NOT FILED            .00          .00
SALLIE MAE INC             UNSECURED         5016.82            .00          .00
SALLIE MAE SERVICING       UNSECURED       NOT FILED            .00          .00
SPRINT PCS                 UNSECURED       NOT FILED            .00          .00
TALBOTS                    UNSECURED       NOT FILED            .00          .00
RIVER POINT PED            UNSECURED       NOT FILED            .00          .00
THE BUREAUS INC            UNSECURED       NOT FILED            .00          .00
US BANK/RETAIL PAYMENT     UNSECURED         5837.27            .00          .00
UNIVERSITY OF PHOENIX      UNSECURED       NOT FILED            .00          .00
US CELLULAR                UNSECURED       NOT FILED            .00          .00
USCB CORP                  UNSECURED       NOT FILED            .00          .00
VON MAUR                   UNSECURED       NOT FILED            .00          .00
WASHINGTON MUTUAL/PROVID   UNSECURED       NOT FILED            .00          .00
WASHINGTON MUTUAL BANK     UNSECURED       NOT FILED            .00          .00
WELLS FARGO FINANCIAL CO   UNSECURED       NOT FILED            .00          .00
WFNNB/EXPRESS              UNSECURED       NOT FILED            .00          .00
LIMITED EXPRESS            UNSECURED       NOT FILED            .00          .00
WFNNB NEW YORK & COMPANY   UNSECURED       NOT FILED            .00          .00
INTERNAL REVENUE SERVICE   SECURED NOT I     5928.51            .00          .00
ACTIVITY COLLECTION SVC    FILED LATE            .00            .00          .00
ILLINOIS DEPT OF REVENUE   SECURED NOT I     3685.86            .00          .00

                    PAGE  2 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 11404 CORNEL HUNTER
```

```
GLENDA J GRAY              DEBTOR ATTY      2,000.00                      1,306.35
TOM VAUGHN                 TRUSTEE                                          296.04
DEBTOR REFUND              REFUND                                              .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                     3,841.19

PRIORITY                                                 .00
SECURED                                             2,238.80
UNSECURED                                                .00
ADMINISTRATIVE                                      1,306.35
TRUSTEE COMPENSATION                                  296.04
DEBTOR REFUND                                            .00
                          ---------------     ---------------
TOTALS                      3,841.19             3,841.19
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE